# AUGUST 1995 CALENDAR

**FROM: The District Court of the 16th Judicial District.**
**County of Custer.**

STATE OF MONTANA,
      Plaintiff,                             NO. 3584 & 3586
      vs.                                    DECISION
Willie Ray Amende,
      Defendant.

On April 25, 1995, it was the judgment of the Court that the ten (10) year suspended sentence handed down to this defendant on December 21, 1993, be revoked, and it was ordered that the defendant, Willie Ray Amende, be committed to the Department of Corrections and Human Services to serve the balance of that sentence. It is the recommendation of the Court that defendant be placed in the Swan River Boot Camp program. For purposes of parole eligibility the defendant is designated a non-dangerous offender.

On August 4, 1995, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence remain the same as originally imposed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Done in open Court this 4th day of August, 1995.

DATED this 17th day of August, 1995.

      **Hon. Ed McLean, Chairman, Hon. Ted O. Lympus, Member,**
      **Hon. Jeffrey M. Sherlock, Member.**

**FROM: The District Court of the 21st Judicial District.**
**County of Ravalli.**